ROSE KRAMER, Respondent, v. BENJAMIN KRAMER, Appellant.— Order modified by reducing the amount of alimony to be paid to plaintiff for her support and main-

tenance to the sum of ten dollars per week, and counsel fee to the sum of one hundred dollars, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.